573 F.2d 83
 84 Lab.Cas. P 10,826
 N. L. R. B.
v.
General Cinema Corp.***
 No. 77-3269
 United States Court of Appeals, Fifth Circuit
 4/27/78
 
 1
 N.L.R.B.
 
 ENFORCEMENT GRANTED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966